Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: sbabu@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund For Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>A1 BROOM SERVICE INC., a California Corporation; and BONDI FORTINI, an Individual,<br><br>Defendants. | Case No. 20-cv-05615 VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Operating Engineers' Health And Welfare Trust Fund For Northern California, et al. voluntarily dismiss, without prejudice, the entire case against Defendants A1 Broom Service Inc., et al. Defendants have not filed a responsive pleading or a motion for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Dated:  August 30, 2021
                                                                SALTZMAN & JOHNSON
                                                                LAW CORPORATION

                                                        By:     _____/S/_____
                                                                Shaamini Babu
                                                                Attorneys for Plaintiffs Operating
                                                                Engineers' Health And Welfare Trust
                                                                Fund For Northern California, et al.

1

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 20-cv-05615 VC**        P:\Closed Matters\OE3CL\A1 Broom Services, Inc\Pleadings\Word Versions + Fillable .PDFs\Notice Of Voluntary Dismissal_080521.docx